Form 3

## UNITED STATES COURT OF INTERNATIONAL TRADE

| | | |
|---|---|---|
| SKYVIEW CABINET USA, INC.<br><br>      Plaintiff,<br><br>v.<br><br>UNITED STATES,<br><br>      Defendant. | | Ct. No. 22-00080 |

## SUMMONS

TO:    The Attorney General and United States Customs and Border Protection:

PLEASE TAKE NOTICE that a civil action has been commenced pursuant to 28 U.S.C.

§ 1581(c) to contest the determination described below.


/s/ Mario Toscano
Clerk of the Court

1.      The plaintiff is Skyview Cabinet USA, Inc.  ("Skyview"). Skyview is a U.S. importer of merchandise and participated in U.S. Customs and Border Protection ("CBP") Case Number 7553, an investigation pursuant to the Enforce and Protect Act ("EAPA") that resulted in the contested findings. Plaintiff therefore is a party to the proceeding and entitled to commence this civil action pursuant to 28 U.S.C. § 1581(c) and 19 U.S.C. § 1517(g)(1).

2.      Plaintiff contests (1) CBP's Review Determination as to Evasion in EAPA Case Number 7553 with respect to wooden cabinets, vanities, and components imported by Skyview ("Final Determination"), found by CBP to have evaded the antidumping/countervailing duty orders on wooden cabinets, vanities, and components from the People's Republic of China (case nos. A-570-106 and C-570-107); and CBP's Decision in Administrative Appeal Number H321677, which affirmed the Final Determination.

3.      The underlying administrative determinations were made on September 16, 2021 and January 28, 2022, respectively.

4.      The underlying administrative determinations were not published in the Federal Register.

/s/ Kyl J. Kirby
KYL J. KIRBY, ATTORNEY
AND COUNSELOR AT
LAW, P.C.
1400 Lipscomb Street Fort
Worth, TX 76104
(214) 632-0841

Date:  March 10, 2022