**FORM 3: Notice of Appeal from the United States Court of International Trade**

### UNITED STATES COURT OF INTERNATIONAL TRADE

_____

SKYVIEW CABINET USA, INC.,                       )
                                                 )
             Plaintiff,                        )
                                                 )
         V.                              )
                                                 )
UNITED STATES,                                   )   **Court No. 1:22-cv-00080**
                                                 )
             Defendant,                        )
                                                 )
and                                              )
                                                 )
MASTERBRAND CABINETS, INC.,                      )
                                                 )
             Defendant-                        )
             Intervenor.                       )
_____)

### <u>NOTICE OF APPEAL</u>

Notice is hereby given that the following party, Skyview Cabinet USA, Inc.,
in the above-named case hereby appeals to the United States Court of Appeals
for the Federal Circuit from the final judgment or an order, Slip Op. No. 23-
91, entered in this action on June 20, 2023.

Respectfully submitted,

Date: August 18, 2023                    /s/ Kyl J. Kirby

                                         Kyl J. Kirby
                                         Kyl J. Kirby, Attorney and
                                         Counselor at Law, P.C.
                                         1400 Lipscomb Street
                                         Fort Worth, Texas 76104
                                         Phone: 214-632-0841
                                         Email: kyl@kirbyfedlaw.com
                                         *Counsel to Skyview Cabinet
                                         USA, Inc.*